UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAB CONSULTING PARTNERSHIP, INC., § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No.: 4:25-cv-00699 |
| § | |
| FILENE RESEARCH INSTITUTE, INC, ET § | |
| AL. § | |
| *Defendants*. § | |

# ORDER

Defendants, Filene Research Institute, Inc., TruStage Ventures, LLC, and TruStage Financial Group, Inc.'s Unopposed Motion for Extension of Time to reply to answer or otherwise respond to Plaintiff's Amended Complaint [Doc. 23] is **GRANTED**. It is therefore;

**ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint [Doc. 23] be extended fifteen days from Defendants' current due date of July 24, 2025 to August 8, 2025.

**SIGNED** this 23rd day of July, 2025.

_____
Richard W. Bennett
United States Magistrate Judge

160355144.1